No. 02–1512. ARBON STEEL & SERVICE CO., INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–1516. ISI INTERNATIONAL, INC. v. BORDEN LADNER GERVAIS, LLP, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1518. SANDERS v. MAY DEPARTMENT STORES CO. C. A. 8th Cir. Certiorari denied.

No. 02–1526. POWELL v. ALLEGHANY CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1527. ROGALSKI v. JANSEN ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1530. FURST ET AL. v. FEINBERG ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1531. FINDLEY v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. Sup. Ct. App. W. Va. Certiorari denied.

No. 02–1533. NELSON v. COLEMAN. Sup. Ct. Ala. Certiorari denied.

No. 02–1534. BODELL v. ANDERSON ET AL. Ct. App. Ky. Certiorari denied.

No. 02–1536. BOROUGH OF TENAFLY, NEW JERSEY, ET AL. v. TENAFLY ERUV ASSN., INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1538. MARTIN v. BMW MANUFACTURING CORP. C. A. 4th Cir. Certiorari denied.

No. 02–1542. TANCREDI ET AL. v. METROPOLITAN LIFE INSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–1548. NEW HAMPSHIRE DEPARTMENT OF HEALTH AND HUMAN SERVICES v. ESTATE OF RADUAZO, DECEASED. Sup. Ct. N. H. Certiorari denied.